

Monday, December 16, 2013

No. 14–0073/AR. U.S. v. Jose A. Guzman–Bonano. CCA 20120011. Appellee's motion to file a 10–day answer letter out of time is denied.

Tuesday, December 17, 2013

No. 14–0029/AR. U.S. v. Ronald J. Davis. CCA 20100815. Appellant's motion to extend time to file a brief and joint appendix granted, *up to and including January 8, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0199/AR. U.S. v. Bryce M. Phillips. CCA 20120585. Appellant's motion to withdraw the petition for grant of review without prejudice granted.

No. 14–0204/AR. U.S. v. Derrick A. Miller. CCA 20110651. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including January 2, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0209/AR. U.S. v. Roy L. Stiff, Jr. CCA 20110534. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *up to and including January 6, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0211/AR. U.S. v. Longino S. Davis. CCA 20110576. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including January 6, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0251/AF. U.S. v. Michael M. Bridges. CCA 38141. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 6, 2014.